UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD A. STINSON,

                Plaintiff,

    -against-

OFFICER J. LOPEZ, *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**
25 CV 856 (AMD) (CLP)

**POLLAK**, United States Magistrate Judge:

    On August 28, 2025, the Court scheduled an initial conference to take place telephonically on November 10, 2025. (ECF No. 35). Given the continuing government shutdown, the Court adjourns the initial conference at this time. The Court will schedule an initial conference after the end of the shutdown. The deadline for defendants' reply regarding their Motion to dismiss (ECF No. 37) is also adjourned, until 7 days after the end of the government shutdown.

    A copy of this Order will be mailed to *pro se* plaintiff Richard A. Stinson. Mr. Stinson is required to advise the Clerk of Court in writing of any change of address. Failure to keep the Court informed of plaintiff's current address means that the Court will not know where to contact plaintiff.

    **SO ORDERED.**

Dated: Brooklyn, New York
       November 7, 2025

                                    /s/ Cheryl L. Pollak
                                    Cheryl L. Pollak
                                    United States Magistrate Judge
                                    Eastern District of New York